U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 14 CR 546

United States of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nikesh Patel

| | |
|---|---|
| NAME (Type or print) Lisa M. Noller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Lisa M. Noller | |
| FIRM  Foley & Lardner LLP | |
| STREET ADDRESS  321 N. Clark St. | |
| CITY/STATE/ZIP  Suite 2800 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6229957 | TELEPHONE NUMBER (312) 832-4363 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |