**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America , Plaintiff(s), v. Nikesh A. Patel, Defendant(s). | Case No. 14cr546 Judge Charles P. Kocoras |

## ORDER

Arraignment held on 12/17/2015 as to Nikesh A. Patel. Defendant enters a plea of not guilty to all counts of the indictment. Status hearing set for 1/21/2016 at 9:30 a.m. In the interest of justice, 12/17/2015 to 1/28/2015 is excludable time under 18:3161(h)(7)(A)(B). X-T

:05

Date: 12/17/2015

*Charles P. Kocoras*
Charles P. Kocoras
United States District Court Judge