IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No.: 1:14 CR 546

v.

NIKESH PATEL

          Defendant.
_____/

## DEFENDANT NIKESH PATEL'S MOTION and MEMORANDUM TO CONTINUE SENTENCING

Comes now the defendant Nikesh Patel by and through his undersigned counsel and hereby files this motion and memorandum to continue the sentencing hearing presently set for May 9, 2017. This motion is based upon two factors which are significant and unique because they represent a rare opportunity to provide substantial assistance to the receiver and allow Mr. Patel to make significant restitution in this case.

The first of these factors is a result of Mr. Patel's unique abilities in the area of renovating existing older hotels. He has applied that experience in renovating an older hotel into senior living facilities. Over the next several months Mr. Patel has an opportunity to earn significant funds as an independent contractor on two separate projects. All of Mr. Patel's earnings as further described below will be paid to the Law Offices of Mark L Horwitz Trust Account to be paid to the Overall Receiver or at the direction of the Overall Receiver (as approved by the court in the pending case of *In re First Farmers Financial Litigation*, No. 14 CV 7581, currently pending before U.S. District Judge St. Eve).

The second factor is Mr. Patel's continued efforts in cooperating with the Overall Receiver's endeavors to recover funds for the benefit of those who have suffered losses as a result of the conduct of Mr. Patel and Mr. Fisher. In this regard undersigned counsel has consulted with Steven Towbin, attorney for the Overall Receiver. Mr. Tobin has authorized the undersigned to set forth in this motion that the Overall Receiver supports the motion for continuance of sentencing for two reasons: (1) the potential recovery for victims is significant; and (2) The Overall Receiver is pursuing three pieces of major litigation and desires Mr. Patel to be readily accessible so that Mr. Patel can continue his cooperation with the Overall Receiver.

Mr. Patel, with his knowledge and experience in hotel renovation has endeavored to put that knowledge to productive and legal use in order to make restitution to the victims in this case. In that regard he identified an older hotel in Panama City, Florida as a piece of property that could be renovated and converted into a senior living facility. Mr. Patel presented his proposal to an individual who he knew had the financial ability and interest in such a project. Mr. Patel was hired as an independent contractor to oversee all aspects of the renovation. The project is now completed and residents have already started moving in.

There were certain delays in relation to a bond offering secured by the facility that have resulted in a delay in Mr. Patel's ability to make the initial expected payment to the Overall Receiver. The owner of the project, in an effort to ensure that Mr. Patel was able to provide funds to the Overall Receiver, obtained a bridge loan yesterday, April 20, 2017. Undersigned counsel is advised that the loan should fund on Monday, April 24, 2017 and that the owner will ensure that Mr. Patel's commission of $5.85 million is paid to the Law

Offices of Mark L Horwitz. Those funds (minus amounts necessary to pay U.S. income tax thereon) will be paid to or at the direction of the Overall Receiver.

Because of the success of the Panama City project, Mr. Patel has the opportunity to earn significant additional funds for the benefit of the Overall Receiver, which will ultimately benefit the victims. Mr. Patel has entered into two new contracts for his services.

First, the owner of the project described above will be renovating another hotel to convert to senior housing. This individual has already bought the hotel, and a written contract has been signed which calls for Mr. Patel to earn $5 million. It is anticipated that this project will take about six to seven months to complete.

Second, a physician in Central Florida is going to acquire an older hotel with more than 400 rooms, to be redesigned and converted into an independent living, assisted living, and memory care center. A consulting contract has been signed, calling for Mr. Patel to act as a consultant on the project. The physician is in a position to buy the property and undertake the renovation if Mr. Patel is available to act as an independent contractor to supervise all aspects of the project. The contract provides that the physician will pay to undersigned counsel's Trust Account, for the benefit of the Overall Receiver (and ultimately the victims), $500,000, subject to the following conditions. The funds shall be held in trust, and after deducting an amount sufficient to pay U.S. income taxes on the $500,000, the undersigned will transfer the net funds to the Overall Receiver if Mr. Patel's Motion for Continuance to October 31, 2017 or later is granted on or before May 1, 2017 (to facilitate the physician's purchase of the hotel). If it is not granted, undersigned counsel must return the funds to the physician, as the physician will not proceed with the project without Mr. Patel's participation.

October 31, 2017 is the initial estimate of the time that will be required for Mr. Patel to complete his obligations under the contract.

The contract for the Central Florida project also provides that closing on the physician's purchase of the property is anticipated to occur on May 20, 2017, at which time $1 million will be paid to undersigned counsel's Trust Account for the benefit of the Overall Receiver. The contract also provides an additional payment of $1 million upon 50% completion of the project, as determined by the independent building contractor. This will also be paid to undersigned counsel's Trust Account for the benefit of the Overall Receiver. Mr. Patel's total compensation will be based on an appraised value of the completed project. This compensation is currently estimated to be $30 million, and like the other funds earned, will be paid into undersigned counsel's Trust Account, to be paid (after paying income taxes) to or at the direction of the Overall Receiver.

To date Mr. Patel has cooperated significantly with the Overall Receiver. He and his counsel have met with the Overall Receiver's attorneys and accountant in central Florida many times, and many times have traveled to Chicago to meet with the Overall Receiver's attorneys there. There have also been numerous telephone conferences. Mr. Patel has complied with all requests by the Overall Receivers' attorneys to meet, either in person or by telephone, to answer questions and provide any other assistance possible. In short, Mr. Patel has made himself available to consult with the Overall Receiver's counsel, at any time.

Mr. Patel has the ability and opportunity to earn significant funds to make restitution. While the Overall Receiver has done an excellent job in recovering significant funds, there may be a shortfall of $70 million. Mr. Patel wants the opportunity to reduce

4

the shortfall and make substantial restitution. The opportunity to benefit the victims is at hand through Mr. Patel's hard work. We ask that the sentencing hearing date be continued, to allow these efforts to proceed.

WHEREFORE Defendant Nikesh Patel respectfully requests that the Court grant this motion and reschedule the sentencing hearing to October 31, 2017 or a date thereafter, at the court's discretion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Patrick King, Assistant United States Attorney, Office of the United States Attorney, patrick.king@usdoj.gov.

                              Respectfully submitted,

By:    /s/ Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar No. 147442
**Law Offices of Mark L. Horwitz, P.A.**
17 East Pine Street
Orlando, Florida 32801
(407) 843-7733
Fax: (407) 849-1321
mark@mlhorwitzlaw.com
Attorney for Defendant Nikesh Patel