## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                        Case No.: 1:14−cr−00546
                                                  Honorable Charles P. Kocoras

Nikesh A Patel

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras as to Nikesh A Patel: In light of the Amended notice of motion filed on 4/25/2017 #[76], motion hearing initially set for 4/27/2017 is stricken. Mailed notice (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.