**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

Case No.: 1:14 CR 546

v.

NIKESH PATEL

        Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL AND MEMORANDUM

COMES NOW the undersigned counsel, Mark L. Horwitz, Bennett Ford, and Vincent A. Citro, of the Law Offices of Mark L. Horwitz, P.A., and hereby file this motion and memorandum to withdraw as counsel for Mr. Nikesh Patel.

Mr. Patel informed the undersigned that he has retained Andrew DeVooght, Esquire, to represent him in this matter going forward. Based on information available on Mr. DeVooght's website, the undersigned believe Mr. DeVooght is admitted to practice before this Court. Without divulging privileged information, Mr. Patel no longer desires the undersigned to represent him in this matter. The undersigned believes that Mr. DeVooght will file a notice of appearance in this matter today.

WHEREFORE, the undersigned counsel hereby request that the Court enter an order allowed undersigned counsel and Heather Winslow, Esquire, who acts as local counsel, to withdraw as counsel for Mr. Nikesh Patel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2017, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Patrick King, Assistant United States Attorney, Office of the United States Attorney, patrick.king@usdoj.gov.

                              Respectfully submitted,

By:     /s/ Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar No. 147442
**BENNETT R. FORD**
Florida Bar No. 673900
**VINCENT A. CITRO**
Florida Bar No. 468657
**Law Offices of Mark L. Horwitz, P.A.**
17 East Pine Street
Orlando, Florida 32801
(407) 843-7733
Fax: (407) 849-1321
mark@mlhorwitzlaw.com
bennett@mlhorwitzlaw.com
vince@mlhorwitzlaw.com
Attorneys for Defendant Nikesh Patel