**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

Case No.: 1:14 CR 546

v.

NIKESH PATEL

        Defendant.
_____/

**MOTION TO WITHDRAW AMENDED
MOTION TO CONTINUE SENTENCING**

COMES NOW the undersigned counsel and moved to withdraw the Amended Motion to Continue Sentencing Hearing (doc. 75) and the Amended Notice of Motion (doc. 76). Submitted contemporaneously with this Motion is a Motion to Withdraw as Counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Patrick King, Assistant United States Attorney, Office of the United States Attorney, patrick.king@usdoj.gov.

        Respectfully submitted,

By:    /s/ Mark L. Horwitz
**MARK L. HORWITZ**
Florida Bar No. 147442
**BENNETT R. FORD**
Florida Bar No. 673900
**VINCENT A. CITRO**
Florida Bar No. 468657
**Law Offices of Mark L. Horwitz, P.A.**

17 East Pine Street
Orlando, Florida 32801
(407) 843-7733
Fax: (407) 849-1321
mark@mlhorwitzlaw.com
bennett@mlhorwitzlaw.com
vince@mlhorwitzlaw.com
Attorneys for Defendant Nikesh Patel