UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 546 |
| v. | ) | |
| | ) | Hon. Charles P. Kocoras |
| NIKESH PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, NIKESH PATEL, by and through his attorney, ANDY DEVOOGHT, respectfully moves this Court, unopposed, to continue the current sentencing date of June 29, 2017 to July 20, 2017, or any date thereafter that is convenient for the Court.

1. Defense counsel has spoken with the attorney for the government, Pat King, about both the duration and reasoning for this request for a short, final continuation of Defendant's sentencing. AUSA King, after speaking about this request with counsel for the Overall Receiver, who was appointed in connection with *In re First Farmers Financial Litigation*, Case No. 14 CV 7581, has no objection to this request for a short, final continuation of Defendant's sentencing.

2. Defense counsel filed his appearance on May 2, 2017. On May 4, 2017, pursuant to defense counsel's unopposed motion, the Court continued Defendant's motion to continue sentencing to June 29, 2017.

3. Since May 4, 2017 defense counsel has worked diligently to learn the details of Defendant's case so as to be able to put Defendant's best foot forward at sentencing.

4. At the same time, Defendant has used this additional time to work diligently on several fronts to assist counsel for the Receiver to obtain additional funds or avoid certain liabilities. This request for this short, final continuation of Defendant's sentencing for three weeks is so that Defendant can do his best to complete such efforts.

5. These efforts include the following examples. First, Defendant is working to obtain refinancing for the Quality Inn—Main Gate South, in Davenport, Florida that his father currently owns. It is defense counsel's understanding that this refinancing is important both to the Overall Receiver and to the Small Business Administration, so as to avoid the government incurring a substantial loss. Specifically, Defendant has been working with Samir Ruparel from the Mint National Bank. Defense counsel asked for and received more detailed information regarding both the timing of these efforts and Defendant's involvement therein. According to a letter provided by Mr. Ruparel, which defense counsel provided to the government, Mr. Ruparel will seek final loan committee approval on June 23, 2017. Thereafter, over the next approximately four weeks, Defendant will assist Mr. Ruparel by providing all closing checklist items required and obtain necessary borrower documentation to facilitate the closing of the loan.

6. Second, Defendant continues to work with counsel for the Overall Receiver to resolve tax issues that will position the Receiver to be able to distribute funds to various parties affected by the underlying conduct.

7. Third, as confirmed by way of a letter obtained by defense counsel and provided to the government, Defendant has successfully located a party to buy a property located at 7411 International Drive, Orlando, Florida 32819 from the Overall Receiver. Sale of this property will provide the Receiver with additional funds to provide to parties affected by the underlying conduct.

8. Fourth, defense counsel has sought and received personal confirmation from personnel at Steifel, an Investment Banking firm, that Steifel has been engaged to senior manage a bond offering, and that Defendant serves as a lead consultant for the deal. The compensation Defendant receives from the developer/owner for his efforts will be given to the Overall Receiver, so as to provide the Receiver with additional funds to provide to parties affected by the underlying conduct.

9. Finally, given the time that the bond offering is taking, which is not unusual, Defendant is working to obtain bridge financing commensurate with the amount of compensation Defendant is to receive for his efforts with the transaction, so as to be able to provide such funds to the Overall Receiver on a more expedited schedule.

10. Importantly, Defense counsel wants to make clear that this will be the final request for a continuation of Defendant's sentencing. Although Defendant

3

obviously wishes to finalize these efforts to assist the Receiver, Defendant fully understands that his case must come to a conclusion. Allowing Defendant this short, final continuation of three weeks will give him a chance to finalize as many of these efforts to assist counsel for the Overall Receiver as possible.

11. Therefore, the defendant respectfully requests that the Court grant Defendant's unopposed motion to continue the current sentencing date of June 29, 2017 to July 20, 2017, or any date thereafter that is convenient for the Court.

                                                Respectfully submitted,

June 18, 2017                          ANDREW R. DEVOOGHT
                                                s/Andrew R. DeVooght
                                                Andrew DeVooght, IL Bar No. 6273361
                                                LOEB & LOEB LLP
                                                321 N. Clark Street, Suite 2300
                                                Chicago, IL 60647
                                                Telephone: (312) 464-3100
                                                Facsimile: (312) 464-3111
                                                Attorney for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      s/ Andrew R. DeVooght
      Andrew R. DeVooght, Bar No. IL 6273361
      LOEB & LOEB LLP
      321 N. Clark St., Suite 2300
      Chicago, IL 60654
      Phone: (312) 464-3100
      Fax: (312) 464-3111
      adevooght@loeb.com