UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CR 546 |
| v. | ) | |
| | ) | Hon. Charles P. Kocoras |
| NIKESH PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S *FINAL* MOTION TO CONTINUE SENTENCING**

Defendant, NIKESH PATEL, by and through his attorney, ANDY DEVOOGHT, respectfully moves this Court, with the support of Counsel for the Overall Receiver, who was appointed in connection with In re First Farmers Financial Litigation, Case No. 14 CV 7581, to continue sentencing—*for the final time*—from December 5, 2017 to January 12, 2018, so that Mr. Patel *can earn an additional $1 million for his victims that has already been provided to Mr. Patel's counsel*.[1]

    1. On October 31, 2017, the Court granted Mr. Patel's unopposed motion to continue sentencing. The Court continued Mr. Patel's sentencing to December 5, 2018.

    2. Mr. Patel and his counsel heard the Court **loud and clear** at the last hearing that this case had to be resolved once and for all. And Mr. Patel and his

---

[1] This motion is being filed two business days prior to the hearing date of Thursday, November 30, 2017, as opposed to three. The defense apologizes for this timing. The timing of this motion is not the result of intentional delay. Instead, the defense has been working diligently to confirm receipt of the $1 million from Sairam and communicate with counsel for the Overall Receiver. The timing of this unopposed motion is also due to the fact that sentencing is currently set for Tuesday, December 5, 2017.

counsel would not be seeking this *final* continuance but for the fact that (a) Mr. Patel has this unique opportunity to earn an additional $1 million for his victims and (b) that the $1 million is already in counsel's possession.

3. As the Court will remember, the Court granted Mr. Patel's request for a continuance so that Mr. Patel could earn an additional $500,000 for the benefit of his victims by assisting Sairam Hospitality, Inc. ("Sairam") with aspects of a market study being formulated in connection with the redevelopment of a Candlewood Suites hotel property into an Independent Living Facility, or an Assisted Living Facility, for seniors.

4. The market study has been completed and the $500,000 has been paid. As the Court will further remember, the Consulting Agreement provided Mr. Patel with an additional opportunity to earn additional money for his victims from Sairam if the market study returned a positive result.

5. The market study was successful. Accordingly, Sairam has provided Mr. Patel's attorneys with an additional $1 million that counsel can confirm *is already sitting in Mr. Patel's attorneys' trust fund account*. This money is an advance Sairam has provided of the fee Sairam is willing to pay Mr. Patel if he is able to obtain a thirty day continuance of his sentencing hearing such that Mr. Patel can assist Sairam with the next stage of their redevelopment project.

6. A thirty day continuance would put the sentencing at approximately January 5, 2018. Counsel for the Overall Receiver—who supports this request for a *final* continuance given the opportunity Mr. Patel has to assist his victims—has asked

2

that the sentencing be approximately one week later on January 12, 2017.[2] Mr. Patel and his counsel appreciate Counsel for the Overall Receiver's support, have no objection to Counsel's request, and have altered the timing of the requested continuance accordingly.

7. In all candor, like the Court and the government, Mr. Patel himself is ready for his case to be finally resolved. That said, Mr. Patel also fully understands that this *final* continuance enables him to earn this additional $1 million to add to the other millions of dollars Mr. Patel has either earned for his victims or assisted counsel for the Overall Receiver to recover.

8. Therefore, Mr. Patel respectfully requests that the Court grant Defendant's *final* motion to continue the current sentencing date of December 5, 2017 to January 12, 2017 so that Mr. Patel can earn an additional $1 million for his victims.

Respectfully submitted,

November 28, 2017

ANDREW R. DEVOOGHT
 s/Andrew R. DeVooght
Andrew DeVooght, IL Bar No. 6273361
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60647
Telephone: (312) 464-3100
Facsimile: (312) 464-3111
Attorney for Defendant

---

[2] It is counsel's understanding that counsel for the Overall Receiver will be submitting a letter to the Court supporting Mr. Patel's request for this final continuance.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                s/ Andrew R. DeVooght
                Andrew R. DeVooght, Bar No. IL 6273361
                LOEB & LOEB LLP
                321 N. Clark St., Suite 2300
                Chicago, IL 60654
                Phone: (312) 464-3100
                Fax: (312) 464-3111
                adevooght@loeb.com